

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00101-CV

In the Interest of **Z.A.F.** and Z.R.F.

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00277
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order terminating parental rights is AFFIRMED. Counsel's motion to withdraw is DENIED.

SIGNED August 19, 2019.

_____
Irene Rios, Justice